**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

IN RE:
JAMIE LEE BURKHAMER
2411 MISSION ROAD
YORK, SC 29745

CASE NO: 13-02447/B/7

**DISMISSAL ORDER**

The relief set forth on the following pages, for a total of 2 pages, including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**08/14/2013**



US Bankruptcy Judge
District of South Carolina

Entered: 08/15/2013

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE:<br>JAMIE LEE BURKHAMER<br>2411 MISSION ROAD<br>YORK, SC 29745 | CASE NO: 13-02447/B/7<br><br>ORDER FOR DISMISSAL |

**ORDER**

    The Trustee's motion for dismissal for non-compliance is GRANTED and the case is DISMISSED FOR NON-PAYMENT.

    **AND IT IS SO ORDERED.**

Dated: August 13, 2013